IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERVIN JOINER, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00146-TES-ALS |
| | * |
| HOUSTON COUNTY JUDICIAL COURT, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 21, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of July, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk